# LIST OF EXHIBITS

*Exhibit Description*

A    Notice of Receipt of I-485 dated 5/5/2005;

B    Receipt for payment of USCIS fees dated March 1, 2005;

C    Biometrics processing stamp dated May 19, 2005;

D    Adjustment of Status Interview Notice dated 8/15/2005 for interview on 9/6/2005;

E    Biometrics Stamp dated February 6, 2007;

F    InfoPass appointment notice dated February 5, 2007;

G    Letter to Congresswoman Nancy Pelosi dated April 2, 2007;
.

H    Case Status Search notice confirming that "Case received and pending"; and
.

I    Email correspondence between the Plaintiffs and Harriet Ishimoto, Immigration
Specialist, Office of Congresswoman Nancy Pelosi.

"Exhibit A"

U.S. Department of Homeland Security
630 Sansome Street
San Francisco, CA 94111



U.S. Citizenship
and Immigration
Services

# Notice of Receipt

Date:    5/5/2005

A No:    98-262-624    /  COA:    CR6

Name:    ZHANG, YING

Address:    1525 GOLDEN GATE AVENUE #C

SAN FRANCISCO, CA 94115

Your Form I-485 Application for Adjustment of Status has been received and accepted. Your interview appointment notice will be mailed to you separately. If you also applied for employment authorization and/or advance parole, notices for appearing to receive these benefits, if approved, are also enclosed.

**Please carefully review all of the other material enclosed. It may include requests for evidence and documentation you must bring with you to your interview on the date assigned. Failure to bring all requested evidence and documents to your adjustment of status interview could result in immediate denial of your adjustment application. DO NOT mail documents to this office unless advised to do so.**

**NOTICE: You must not depart the United States without written permission from the Service while your application is pending. If you depart without permission your application will be denied. You may apply for advance parole to re-enter the United States to continue processing your application.**

ADVISORY: If after April 1, 1997, you were unlawfully present in the United States for more than 180 days before filing for adjustment of status, you may be found inadmissible under Section 212(a)(9)(B)(i) of the Act when returning to the United States. If you are found inadmissible, you will need to qualify for a waiver of inadmissibility before your adjustment of status can be approved.

CHANGE OF ADDRESS: The change of address form included with this receipt is for your use to notify this office of any change of address. Please retain a copy for your records. Failure to notify this office in a timely manner of any change of address may result in denial of your applications for adjustment of status and employment authorization (EAD).

For:  **David N. Still, District Director**                    www.uscis.gov

DSI Form 1 (12/04/03) other editions are obsolete and may no longer be used

"Exhibit B"



"Exhibit C"

U.S. Department of Homeland Security

San Francisco District Office
630 Sansome Street
San Francisco, CA 94111

**U.S. Citizenship and Immigration Services**



ZHANG, YING

1525 GOLDEN GATE AVENUE #C

SAN FRANCISCO, CA 94115

A No: 98-262-624  (E11/1485)

Date: 5/5/2005

COA:  CR6

5/19/2005

This is in reference to your Application to Adjust your Status in the United States.  You have been scheduled to be fingerprinted at the APPLICATION SUPPORT CENTER indicated below ONLY on the following date:

NOTE: If you do not have your fingerprints taken, your adjustment of status application may be considered abandoned and denied pursuant to 8 CFR § 103.2(b)(13). IMPORTANT: If you are unable to appear on your appointment date, you should write to the ASC directly to request rescheduling.

☐ SANTA ROSA
1401 Guerneville Road, Suite 100
Santa Rosa, CA 95403
Hours: Tuesday through Saturday
8am to 4pm
Closed Sunday/Monday

☑ SAN FRANCISCO
250 Broadway Street
San Francisco, CA 94111
Hours: Tuesday through Saturday
8am to 4pm
Closed Sunday/Monday

☐ SACRAMENTO
731 K Street, Suite 100
Sacramento, CA 95814
Hours: Tuesday through Saturday
8am to 4pm
Closed Sunday/Monday

☐ OAKLAND
2040 Telegraph Avenue
Oakland, CA 94612
(Near 19th Street Bart Station)
Hours: Tuesday through Saturday
8am to 4pm
Closed Sunday/Monday

☐ MODESTO
901 N. Carpenter Road, Suite 14
Modesto, CA 95351
"Crossroads Shopping Center"
Hours: Tuesday through Saturday
8am to 4pm
Closed Sunday/Monday

When you go to have your fingerprints taken, you must bring: 1) THIS NOTICE; and 2) Photo identification such as a passport, valid driver's license, national ID, military ID, or State-issued photo ID.  If you appear without proper identification, you will not be fingerprinted.

"Exhibit D"

*U.S. CITIZENSHIP AND IMMIGRATION SERVICES*
*630 SANSOME STREET*
*SAN FRANCISCO, CALIFORNIA 94111*

*YING ZHANG*
*CLARK WELSH*
*1525 GOLDEN GATE AVENUE,#C*
*SAN FRANCISCO, CA 94115*

FILE NUMBER: *A  98 262 624*
DATE: *08/15/2005*

Please come to the office shown below at the time and place indicated in connection with an official matter.

OFFICE LOCATION:            *630 SANSOME STREET, ROOM 255*
                            *SAN FRANCISCO, CA 94111*

DATE AND TIME:              *09/06/2005*
                            *08 : 00 AM*

OFFICER:                    *DESK D95*
                            *BD6*

REASON FOR APPOINTMENT:     *APPLICATION FOR ADJUSTMENT OF STATUS*

## THIS INTERVIEW WILL BE VIDEO TAPED.

PLEASE BRING ALL ITEMS THAT ARE CHECKED (X) TO THE INTERVIEW.

- [X] Thisletter, all passports, your I-94 arrival/departure form,if any, and INS approval notices and INS issued documents.
- [X] Current photo I.D and proof of petitioners U.S.Citizenship /Lawful Resident status. PETITIONERS MUST APPEAR IN SPOUSAL CASES.
- [X] A Current letter of employment for both spouses showing rate of pay and hours per week.
- [X] The three (3) most current Federal 1040 Tax Returns and W-2's.
- [X] Evidence supporting bona fides of the marital relationship, e.g. photos, bank stmts., leases, insurance policies, other.
- [X] Certified, complete court records for any arrests. Original birth/marriage/divorce certificates for you, spouse, children.
- [X] If you do not wish to surrender originals, bring legible photo copies.

DUE TO SECURITY PROCEDURES, PLEASE ARRIVE 30 MINUTES EARLY with a valid PASSPORT; STATE I.D., OR INS ISSUED VALID EAD OR PERMANENT RESIDENT CARD. Failure to appear or to bring requested documents may result in delay or denial of your application. If you do not appear on time you may rescheduled.

If you do not speak English, you must bring a disinterested 3rd party to interpret, with valid ID (Not attorney or petitioner)

"Exhibit E"

Citizenship and Immigration Services

Appraisers Building
630 Sansome Street
San Francisco, CA 94111

ZHANG, YING

Receipt No.

File No. A 98-207-924

Date: 62-65-2007

Form: I-485

This is in reference to your application with USCIS. You have been scheduled to complete your biometrics at the CIS APPLICATION SUPPORT CENTER. FEBRUARY 6, 2007

NOTE: If you do not have your biometrics taken, your application may be considered abandoned and denied pursuant to 8 CFR § 103.2(b)(13).

SANTA ROSA
1401 Guerneville Rd., Suite 100

Hours:
Tuesday through Saturday
8am to 3:30pm
Closed Sunday/Monday

SAN FRANCISCO
250 Broadway Street

Hours:
Tuesday through Saturday
8:00am to 3:30pm
Closed Sunday/Monday

SAN JOSE
740 Story Road, Suite 5 (behind Taco Bell)

Hours:
Tuesday through Saturday
8:00am to 3:30pm
Closed Sunday/Monday

FRESNO
4873 East Kings Canyon

Hours:
Tuesday through Saturday
8:00am to 3:30pm
Closed Sunday/Monday

OAKLAND
2040 Telegraph Avenue
(Near 19th Street Bart Station)

Hours:
Tuesday through Saturday
8am to 3:30pm
Closed Sunday/Monday

MODESTO
901 N. Carpenter Rd., Suite 14

Hours:
Tuesday through Saturday
8am to 3:30pm
Closed Sunday/Monday

SACRAMENTO
731 "K" Street, Room 100

Hours:
Tuesday through Saturday
8am to 3:30pm
Closed Sunday/Monday

SALINAS
1954 North Main Street (Santa Rita Plaza)

Hours:
Tuesday through Saturday
8am to 3:30pm
Closed Sunday/Monday

When you go to have your biometrics taken, you must bring: 1) THIS NOTICE, and 2) Photo Identification such as a passport, valid driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics will not be taken.

(REVISED 7/01/2005)

"Exhibit F"



**Name:** Ying Zhang

**Appointment** ADIT Processing
**Type:**

**Confirmation** SFR-07-3566
**No.:**

**Appointment** February 5, 2007
**Date:**

**Authentication** 1732e
**Code:**

**Appointment 10:00**
**Time: AM**

Location: 444 WASHINGTON STREET, San Francisco, CA 94111; LOBBY

This is your Confirmation
Number:

67015

If you wish to cancel this appointment, you will need the
following Personal Identification Number:



*SFR-07-3566*

Please be on time. Failure to show up on time will result in the cancellation of
your appointment. You will then need to reschedule your appointment. You will
not be admitted more than 15 minutes before your scheduled appointment time.

* You must appear in person and bring photo identification along with this
  appointment letter.
* Acceptable forms of identification are any of the following: Government
  issued identification, passport, valid driver's license, I-94, Work
  Authorization Card, or Permanent Resident Card. (Green Card)
* In order to serve you more efficiently, we require you to bring all
  applicable immigration forms, letters, receipts, translations and originals
  of supporting documents.
* NOTE: Cell phones that have camera features are not permitted in the
  building. Food and drinks are not permitted in the waiting room. In order
  to facilitate easy and swift entrance, you are advised to keep handbags
  and metal objects to a minimum by leave such items at home or with
  persons who will remain outside the building.

InfoPass...

Page 1 of 1

https://infopass.uscis.gov/infopass.php

1/30/2007

"Exhibit G"



# DR. CLARK T. WELSH
## MRS. YING ZHANG
1525 GOLDEN GATE AVE., #C, SAN FRANCISCO, CA 94115  TEL: (415) 990-8101

April 2, 2007

Ms. Nancy Pelosi
450 Golden Gate Ave., Burton Fed. Bldg.
San Francisco, CA 94102

### RE:    SEEKING YOUR HELP WITH IMMIGRATIN MATTER

Dear Ms. Pelosi:

I am a U.S. citizen living in your district. I am writing to ask your help with my immigration application submitted on behalf of my wife. I was married to a Ms. Ying Zhang, a Chinese citizen. On February 18, 2005, I filed an immigration visa petition (Form I-130) for my wife with the U.S. Citizenship and Immigration Services (the "Services") (Receipt number WAC0515950177).

We went for an interview on September 6, 2005. However, we have not heard *anything* from them after the interview. My wife and I have made many in-person appointments with the Services to inquire about the status of our case, and we were always told "just to wait." At another appointment on February 5, 2007, we were informed by the immigration officer that our I-485 application (adjustment of status) was "not received" because it was "not in the system." However, the Notice of Receipt we received from the Services clearly indicated that the check we submitted for I-485 filing has been cashed on March 1, 2005. A copy of the Notice Receipt is attached.

It has been more than 2 years since we filed our application. My wife hasn't been issued even an initial (conditional) permanent resident card. We learned that 2 years is beyond the reasonable time for them to adjudicate this type of application. We have tried everything we can with the Services trying find out when they will make a decision, but we have no success.

We need your help on this matter. I understand you must have a very busy schedule, but please help us find out when Services will process our application and when we could expect to hear from them. Any of your attention to our matter will be highly appreciated. You can reach me at (415) 990-8101. Thank you very much.

Best regards,

Dr. Clark Welsh

Attachment: Copy of the Notice Receipt (with Payment Receipts)

"Exhibit H"

# Case Status Search

Receipt Number:    wac0515950177

Application Type:    I181, CREATION OF RECORD OF LAWFUL PERMANENT RESIDENCE

Current Status:
Case received and pending.

On May 18, 2005, we received this I181 CREATION OF RECORD OF LAWFUL PERMANENT RESIDENCE, and mailed you a notice describing how we will process your case. Please follow any instructions on this notice. We will notify you by mail when we make a decision or if we need something from you. If you move while this case is pending, call customer service. We process cases in the order we receive them. You can use our processing dates to estimate when yours will be done. This case is at our CALIFORNIA SERVICE CENTER location. Follow the link below to check processing dates. You can also receive automatic e-mail updates as we process your case. Just follow the link below to register.

_____

If you have a question about case status information provided via this site, or if you have not received a decision from USCIS within the current processing time listed, please contact Customer Service at (800) 375   5283 or 1-800-767-1833 (TTY).

**"Exhibit I"**

## Erich Keefe

**From:** Natalie Zhang [uschinalaw@gmail.com]

**Sent:** Thursday, August 23, 2007 11:54 AM

**To:** shah@peerallylaw.com

**Subject:** Fwd: FBI Security Clearance for Your Pending Immigration Case

---------- Forwarded message ----------
From: **Ishimoto, Harriet** <Harriet.Ishimoto@mail.house.gov>
Date: May 25, 2007 4:06 PM
Subject: RE: FBI Security Clearance for Your Pending Immigration Case
To: Natalie Zhang <uschinalaw@gmail.com>

Not yet. As I mentioned in my email as I am able to work on FBI clearances and as I received answers from the FBI, I will contact. Regards, Harriet Ishimoto

**From:** Natalie Zhang [mailto:uschinalaw@gmail.com]
**Sent:** Tuesday, May 15, 2007 1:48 PM
**To:** Ishimoto, Harriet
**Cc:** clarkwelsh@hotmail.com
**Subject:** Re: FBI Security Clearance for Your Pending Immigration Case

Dear Ms. Ishimoto,

We spoke about two weeks ago regarding my immigration case. I wanted to follow up and see if you have heard anything from the FBI regarding their progress. Please let me know if there is anything I could further provide to help you speed up this matter on our behalf.

You can reach us at (415) 990-8101 at any time. Thank you very much for your time and attention to this matter. We are looking forward to hearing from you!

Ying "Natalie" Zhang
Clark Welsh

On 5/3/07, **Natalie Zhang** <uschinalaw@gmail.com > wrote:
Dear Ms. Ishimoto,

Thank you very much for your time and effort in this matter. We appreciate it very much. Please see my answers below:

1. Your name as it written in your passport and any "also known as".

    Name in Passport:       Surname: ZHANG; Given Name: Ying
    AKA:                    Natalie Zhang (Nick name only)

8/24/2007

2. Your date of birth.

   DOB:                    August 26, 1969

3. Your alien registration number.

   A#:                    098262624

4. Your country of origin.

   The People's Republic of China.

5. The date of your first fingerprinting for name check clearance.

   May 19, 2005.

6. Your social security number (For consumer security reasons, please do not include this information in a return email. Please phone, fax, or mail this information to me.)

   Already provided over the phone.

For your convenience, I also attached a copy of the notice from the USCIS regarding the first fingerprint appointment, which I appeared on time.

Thank you very much again for your time and attention to this matter. I am looking forward to hearing from you or the USCIS very soon.

Best regards,

Natalie

--
Y. Natalie Zhang
U.S.-China Law Counsel
580 California Street, #500
San Francisco, CA  94104
Tel: (415) 283-3257
Fax: (415) 283-3301
Email: uschinalaw@gmail.com
Please Visit Us at: www.uschinacounsel.com

On 5/3/07, **Ishimoto, Harriet** < Harriet.Ishimoto@mail.house.gov > wrote:
                              May 3, 2007

Subject: FBI Security Clearance for Your Pending Immigration Case

Dear Ying Zhang:

Thank you for your interest in contacting Congresswoman Nancy Pelosi about your immigration case pending with the US Citizenship and Immigration Services. According to the information I received from you and/or USCIS, the security clearance aspect of your case is pending with the

Federal Bureau of Investigation.

Since your case has been pending for more than six months in the FBI system, I will initiate a formal inquiry to the FBI. Once I make this initial inquiry, I will include your case in any follow up inquiries that I make to the FBI until clearance is received. I will only be confirming the status of your case as the FBI will not disclose any details of or expedite any immigration-related cases.

Please let me know if you should receive your clearance in the interim. It is also important for me to know if other relevant information has changed, such as your address.

In order to include your case under this procedure, please provide me with the following information by email, fax, or mail in the format indicated below:

1. Your name as it written in your passport and any "also known as".
2. Your date of birth.
3. Your alien registration number.
4. Your country of origin.
5. The date of your first fingerprinting for name check clearance.
6. Your social security number (For consumer security reasons, please do not include this information in a return email. Please phone, fax, or mail this information to me.)

If you have already received your clearance or do not wish to participate in this program, please respond accordingly.

Thank you for your consideration.

Regards,
Harriet Ishimoto

Harriet Ishimoto
Immigration Specialist
Office of Congresswoman Nancy Pelosi
450 Golden Gate Avenue
San Francisco, CA 94102
Phone: 415 556-4862
Fax: 415 861-1670
Email: harriet.ishimoto@mail.house.gov
http://www.house.gov/pelosi

--
Y. Natalie Zhang
U.S.-China Law Counsel
580 California Street, #500
San Francisco, CA 94104
Tel: (415) 283-3257
Fax: (415) 283-3301
Email: uschinalaw@gmail.com
Please Visit Us at: www.uschinacounsel.com

8/24/2007

--
Y. Natalie Zhang
U.S.-China Law Counsel
580 California Street, #500
San Francisco, CA 94104
Tel: (415) 283-3257
Fax: (415) 283-3301
Email: uschinalaw@gmail.com
Please Visit Us at: www.uschinacounsel.com

--
Y. Natalie Zhang
U.S.-China Law Counsel
580 California Street, #500
San Francisco, CA 94104
Tel: (415) 283-3257
Fax: (415) 480-8555
Email: uschinalaw@gmail.com
Please Visit Us at: www.uschinacounsel.com

## Erich Keefe

**From:**    Natalie Zhang [uschinalaw@gmail.com]

**Sent:**    Thursday, August 23, 2007 11:54 AM

**To:**      shah@peerallylaw.com

**Subject:** Fwd: FBI Security Clearance for Your Pending Immigration Case


---------- Forwarded message ----------
From: **Ishimoto, Harriet** <Harriet.Ishimoto@mail.house.gov>
Date: May 3, 2007 4:26 PM
Subject: FBI Security Clearance for Your Pending Immigration Case
To: uschinalaw@gmail.com

May 3, 2007

Subject: FBI Security Clearance for Your Pending Immigration Case

Dear Ying Zhang:

Thank you for your interest in contacting Congresswoman Nancy Pelosi about your immigration case pending with the US Citizenship and Immigration Services. According to the information I received from you and/or USCIS, the security clearance aspect of your case is pending with the Federal Bureau of Investigation.

Since your case has been pending for more than six months in the FBI system, I will initiate a formal inquiry to the FBI. Once I make this initial inquiry, I will include your case in any follow up inquiries that I make to the FBI until clearance is received. I will only be confirming the status of your case as the FBI will not disclose any details of or expedite any immigration-related cases.

Please let me know if you should receive your clearance in the interim. It is also important for me to know if other relevant information has changed, such as your address.

In order to include your case under this procedure, please provide me with the following information by email, fax, or mail in the format indicated below:

1. Your name as it written in your passport and any "also known as".
2. Your date of birth.
3. Your alien registration number.
4. Your country of origin.
5. The date of your first fingerprinting for name check clearance.
6. Your social security number (For consumer security reasons, please do not include this information in a return email. Please phone, fax, or mail this information to me.)


If you have already received your clearance or do not wish to participate in this program, please respond accordingly.

8/24/2007

Thank you for your consideration.

Regards,
Harriet Ishimoto

Harriet Ishimoto
Immigration Specialist
Office of Congresswoman Nancy Pelosi
450 Golden Gate Avenue
San Francisco, CA 94102
Phone: 415 556-4862
Fax: 415 861-1670
Email: harriet.ishimoto@mail.house.gov
http://www.house.gov/pelosi

--
Y. Natalie Zhang
U.S.-China Law Counsel
580 California Street, #500
San Francisco, CA 94104
Tel: (415) 283-3257
Fax: (415) 480-8555
Email: uschinalaw@gmail.com
Please Visit Us at: www.uschinacounsel.com