# JUDGE SUSAN ILLSTON
# STANDING ORDERS

1. <u>Scheduling Days</u>:

    a. Criminal Law and Motion Calendar is conducted on Fridays at 11:00 a.m.

    b. Civil Law and Motion Calendar is conducted on Fridays at 9:00 a.m.

    c. Case Management Conferences are generally conducted on Fridays at 2:00 p.m, with order of call determined by the Court.

    d. Pretrial Conferences are generally conducted on Tuesday afternoon at 3:30 p.m.

    e. Counsel shall not reserve a motion hearing date, but may call the clerk to obtain the next available law and motion calendar. Motions may be reset as the Court's calendar requires.

2. <u>Proposed Orders Required</u>: Each party filing or opposing a motion shall also serve and file a proposed order which sets forth the relief or action sought and a <u>short</u> statement of the rationale of decision, including citation of authority, that the party requests the Court to adopt.

3. <u>Sealed Documents</u>: Counsel must strictly adhere to Civil Local Rule 79-5 when attempting to file documents under seal. Counsel shall submit the unsealed portion for filing in the public record. The proposed sealed portions must be placed in envelopes and submitted with the motion for leave to file under seal. The motion must specifically identify the portions to be filed under seal. The proposed order must identify exactly what is to be filed under seal. All chambers' copies must contain both the sealed and unsealed materials.

4. <u>Courtesy Copies</u>: All courtesy copies submitted **MUST** be three-hole punched at the left margin.

5. <u>Procedural Matters</u>: Parties who want to continue hearings, request special status conferences or make other procedural changes should do so either by signed stipulation and proposed order, or, if stipulation is not possible, by ex-parte application in writing.

6. <u>Recycled Paper</u>: The parties are encouraged to use recycled paper for all pleadings and filings.

7. <u>Cases Designated for Electronic Filing</u>:
    The parties must continue to comply with the filing requirements as set forth in the General Order No. 45. In addition, counsel is required to provide Judge Illston's chambers with a hard copy of any document that is electronically filed. Counsel must **NOT** under any circumstance deliver the copy to the Clerk's Office.

SO ORDERED.

_____
SUSAN ILLSTON
United States District Judge

Case 3:07-cv-04515-SI    Document 2-2    Filed 08/31/2007    Page 2 of 2