1  Mrs. Ying Zhang
   1525 Golden Gate Avenue, #C
2  San Francisco, CA 94115

3  Dr. Clark T. Welsh
   1525 Golden Gate Avenue, #C
4  San Francisco, CA 94115

5

6  Plaintiffs

7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO, CALIFORNIA

11

12 Ying Zhang and Dr. Clark Thomas Welsh   )
                                           )
13      Plaintiffs,                        )
                                           )   Case No.: 3:07-CV-4515 SI
14 vs.                                     )
                                           )
15 Alberto Gonzales, Attorney General of the )  **NOTICE OF WITHDRAWAL**
   United States; Michael Chertoff, Secretary )
16 of the Department of Homeland Security;  )
   Emilio Gonzalez, Director of United States )
17 Citizenship & Immigration Services;     )
18 Robert S. Mueller, III, Director of the  )   Alien No.:    98-262-624
   Federal Bureau of Investigations; Christina )  Receipt No.:  WAC0515950177
19 Poulos, Director of the California Service )
   Center; Robin Barrett, USCIS District    )
20 Director,                                )
                                           )
21                                          )
       et al.                               )
22                                          )
       Defendants.                          )
23 _____)

24           **NOTICE OF WITHDRAWAL PURSUANT TO RULE 41(a)**

25    1.  The government recently granted the relief sought by plaintiffs, application for lawful

26 permanent resident status to Mrs. Ying Zhang.

27    2.  The defendants have not yet answered the complaint.

28    //

- 1 -

1    3. Based on foregoing, we are filing this notice of dismissal without prejudice.

Respectfully submitted,

Dated: 10-16-2007

_____
Dr. Clark T. Welsh

Dated: 10-16-2007

_____
Mrs. Ying Zhang