1  Mrs. Ying Zhang
   1525 Golden Gate Avenue, #C
2  San Francisco, CA 94115

3  Dr. Clark T. Welsh
   1525 Golden Gate Avenue, #C
4  San Francisco, CA 94115

5

6  Plaintiffs

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO, CALIFORNIA

11

12 Ying Zhang and Dr. Clark Thomas Welsh    )
                                            )
13       Plaintiffs,                        )
                                            )   Case No.: 3:07-CV-4515
14 vs.                                      )
                                            )
15 Alberto Gonzales, Attorney General of the )  NOTICE OF WITHDRAWAL
   United States; Michael Chertoff, Secretary)
16 of the Department of Homeland Security;  )
   Emilio Gonzalez, Director of United States)
17 Citizenship & Immigration Services;      )
18 Robert S. Mueller, III, Director of the  )   Alien No.:    98-262-624
   Federal Bureau of Investigations; Christina) Receipt No.:  WAC0515950177
19 Poulos, Director of the California Service)
   Center; Robin Barrett, USCIS District    )
20 Director,                                )
                                            )
21                                          )
         et al.                             )
22                                          )
         Defendants.                        )
23                                          )

24          **NOTICE OF WITHDRAWAL PURSUANT TO RULE 41(a)**

25       1.  The government recently granted the relief sought by plaintiffs, application for lawful

26 permanent resident status to Mrs. Ying Zhang.

27       2.  The defendants have not yet answered the complaint.

28       //

                                    - 1 -

**FILED**

07 OCT 19 PM 12: 55

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1.     3. Based on foregoing, we are filing this notice of dismissal without prejudice.

                                                         Respectfully submitted,

Dated: 10-16-2007

                                                         Dr. Clark T. Welsh

Dated: 10-16-2007

                                                         Mrs. Ying Zhang



IT IS SO ORDERED
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA